IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHAWANGKUL CHACHAWAL                                         PETITIONER
ADC # 161881

V.                      CASE NO. 5:17-CV-00287-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                            RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 19th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE